IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **JEAN MORRIS,** )<br>)<br>    **Plaintiff** )<br>)<br>v. )<br>)<br>COX ENTERPRISES, INC.; COX )<br>AUTOMOTIVE, INC.; and )<br>AUTOTRADER.COM, INC., )<br>)<br>    **Defendants.** )<br>) | Case No. 4:17-cv-00606-DGK |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, Plaintiff, Jean Morris, and Defendants, Cox Enterprises, Inc., Cox Automotive, Inc., and Autotrader.com, Inc., by and through their counsel of record, and hereby stipulate to the dismissal of this lawsuit with prejudice, with each party to bear her/its own costs and expenses.

                        Respectfully submitted,

                        HOLMAN SCHIAVONE, LLC

                        By: */s/Kathleen E. Mannion*
                            Anne Schiavone, MO #49349
                            Kathleen E. Mannion, MO #63992
                            4600 Madison Avenue, Suite 810
                            Kansas City, Missouri 64112
                            Telephone: 816.283.8738
                            Facsimile: 816.283.8739
                            aschiavone@hslawllc.com
                            kmannion@hslawllc.com
                            ATTORNEYS FOR PLAINTIFF

And

LITTLER MENDELSON, P.C.

By: */s/ Kathryn S. McConnell*
Kathryn S. McConnell, GA Bar #265509
(admitted *pro hac vice*)
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326
Telephone: 404.233.0330
Facsimile: 404.233.2361
kmcconnell@littler.com

Uzo N. Nwonwu, MO #59713
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
unwonwu@littler.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 14, 2018 the foregoing document was served electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) system.


*/s/Kathleen E. Mannion*
ATTORNEY FOR PLAINTIFF