IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JEAN MORRIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:17-CV-00606-DGK |
| COX ENTERPRISES, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal (Doc. 24), it is hereby

ORDERED that Plaintiff's claims against Defendants Cox Enterprises, Inc., Cox Automotive, Inc., and Autotrader.com, Inc. are DISMISSED WITH PREJUDICE. Each party to bear their own costs and expenses.

**IT IS SO ORDERED.**

Date: March 26, 2018        /s/ Greg Kays
                            GREG KAYS, CHIEF JUDGE
                            UNITED STATES DISTRICT COURT